**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VINCENT HARRIS,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| v. | : | |
| | : | |
| | : | |
| **THOMAS MCGINLEY,** *et al.,* | : | **NO. 22-3195** |
| *Respondents.* | : | |

**ORDER**

**AND NOW,** this **30th** day of **April 2026**, upon review of the docket and consideration of Petitioner's Amended Petition for Writ of *Habeas Corpus* (ECF No. 12), the Report and Recommendation filed by United States Magistrate Judge Arteaga (ECF No. 37), Petitioner's Objections to Magistrate Judge Arteaga's Report and Recommendation (ECF No. 38), Petitioner's Motion for Commonwealth to Respond to Objections (ECF No. 39), and after a thorough and independent review of the record, for the reasons stated in the accompanying memorandum, it is **ORDERED** that:

1. Petitioner's Objections to Magistrate Judge Arteaga's Report and Recommendation (ECF No. 38) are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Arteaga (ECF No. 37) is **APPROVED** and **ADOPTED**.

3. The Amended Petition for Writ of *Habeas Corpus* (ECF No. 12) is **DENIED** with prejudice.

4. Petitioner's Motion for Commonwealth to Respond to Objections (ECF No. 39) is **DENIED AS MOOT**.

5. No certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

6. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**